# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

Robert P. Young, Jr.,
Chief Justice

142684

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EWI WORLDWIDE, INC., f/k/a EXHIBIT
WORKS, INC.,
          Plaintiff-Appellant,

v

                                           SC: 142684
                                           COA: 295167
                                           Oakland CC: 2008-093022-CK

LIFESTYLE RETAIL PARTNERS, LLC, DINO
ROTONDO, KELLEY ORESKY, IZZAT
HANNA, EMMETT DENHA, LIFESTYLE
VENTURES, LLC, and LIFESTYLE
COMMUNICATIONS, LLC,
          Defendants,

and

GLOBAL NETWORK COMMUNICATIONS,
INC., a/k/a WIRELESS GIANT,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

y0919